UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:06CR19(EBB) |
| JEFFREY GRAY aka "Spado" aka "Piff Star" | : | |

RULING ON MOTION FOR RETROACTIVE APPLICATION
OF SENTENCING GUIDELINES TO CRACK COCAINE OFFENDERS

The defendant has moved that the court amend his judgment in this case to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) under the revised sentencing guidelines applicable to crack cocaine offenses.

Defendant's guideline was 240 months, the mandatory minimum applicable to him as a result of the government's filing of an information pursuant to 21 U.S.C. § 851. [Doc. No. 83]. An amended range would still be 240 months in accordance with § 5G1.1 of the sentencing guidelines.

Accordingly, the motion [Doc. No. 241] is denied.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_\_ day of February, 2009.